**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:00cr130-2**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AUDREY DEAN McGIRT.** ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Reduce Sentence. [Doc. 714, filed March 25, 2008].

The Supplement to the Presentence Report has not yet been completed and the Government has not responded to the motion. The Court will, therefore, allow the Government to file its response on or before two business days after the Supplement has been filed.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response to the Defendant's Motion no later than two business days after the Probation Office files its Supplement to the Presentence Report in this matter.

Signed: April 21, 2008

Martin Reidinger
United States District Judge